US District Court
844 N King ST
Wilmington, DE 19801

February 17, 2007

       Mikhail Mazin                       Case Number 07-81-
            v.
Delaware Department of Health and Social
Security Service, Mr. Steinberg

1. I registered my Appeal and two forms for the Case at February 13, 2007. After I did it, I was asked filling in two more forms. I saw them first time, and it took about two hours to finish. After I did it, I was asked to fill in one more form. I was asked to refer to USC or to CFR. These three forms were the most important for the case. I wasn't given copies of them.

This procedure looked strange for me. Usually, all the forms were given simultaneously to prepare them beforehand, checked them with the lows (if it needed), and. copied them.

2. There are three main lows for this area: US Code (USC, Title 42 The Public Health and Welfare, 855 pages), Code of Federal Regulation (CFR, Chapter III, Social Security Administration, 1348 pages), and Federal Medicare and Medical Guide (FMMG, volumes I and II, over 160,000 pages). Please excuse me for these references. Only goal is to explain why I refer in my Appeal to FMMG. FMMG has specific that is very important for my case. After registering the case, I refreshed my study of USC and CDR (previous one was last year). Only paragraph that I referred, 42 USC 1382h (b) (1), had not enough specific for my case.

3. I respectfully ask the Court:

  - to consider 14245 and 14731 of FMMG;

  - to consider this letter as inalienable part of the case.

Sincerely,

Mikhail Mazin                               *Mikhail Mazin*
8314 Society DR
Claymont, DE 19703


FILED
FEB 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



US District Court
844 N King ST
Wilmington, DE 19801

M. Mazin
8314 Society Dr
Claymont, DE 19703