IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIKHAIL MAZIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-81-SLR |
| | ) | |
| MR. STEINBERG (Delaware Department of Health ), | ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 22d day of February, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

                                             _/s/ Sue L. Robinson_
                                             United States District Judge