# NOTICE OF APPEAL
# TO
# U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 07-81-SLR

M. Mazin

v.

M. Steinberg and
Delaware Department of Health

DISTRICT COURT
JUDGE: Ms. Robinson

Notice is hereby given that M. Mazin
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [✓] Judgment, [ ] Order,

[ ] Other (specify) Memorandum Order

entered in this action on April 22, 2007
(date)

DATED: 11/09/07  _____
(Counsel for Appellant-Signature)

FILED
2007 NOV -9 PM 3:09
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____                    _____
(Name of Counsel - Typed)           (Counsel for Appellee)

_____                    _____
(Address)                           (Address)

_____                    _____
(Telephone Number)                  (Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

## NOTICE OF APPEAL APPENDIX

1. A goal of the Appendix is to explain why I hand in Notice of Appeal to the District Court now.

2. On January 18, 2007, I tried appealing to the District Court. The Court representative recommended me appealing to the Supreme Court of the U.S. ("Supreme Court"). I called to the Supreme Court and left several messages. Nobody call me back. I came again to District Court and asked the representative what could I do? He was so kind to give me Supreme and other courts telephone numbers (enclosed, "i"). He also called to Supreme Court and asked them to send me the Supreme Court Rules. Studied the Rules, I decided appealing first to the District Court.

3. I asked the representative about time limit. I was told that the Court had time limit depending on kind of the case. According my experience, I understood that the sooner I prepared an appeal the better. I appealed to the Court on February 13, 2007.

On April 19, 2007, the District Court sent me five pages decision (No 07-81-SLR).

I respectfully cannot agree with the decision.

4. By the District Court direction, I started to prepare the Petition to the Supreme Court. I sent it on July 14, 2007. I received from the Supreme Court a letter from July 17, 2007 (enclosed, ii). I added 9 pages to the Delaware Supreme Court Appellees' Answering Brief that seemed to me not so important. I add two pages to the Petition and send the Petition back to the Supreme Court. I wrote that I sent them all pages of the documents received from three previous courts.

The Supreme Court has sent me three more letters. In the last one from October 10, 2007, the Court Clerk asked me presenting to Supreme Court "… U.S. appealing court or …

the highest state court … decision (iii)."

5. I started calling to the U.S Court of Appeal for 3rd Circuit in Washington. I left several messages, until the Court representative Ms. Davis promised me to send the Court rules. I received "Information for Pro Se Litigants from the U.S. Court of Appeals" from Philadelphia. I studied the "Information" and had several questions. I called to the Philadelphia Court and left several messages. Finally, I reached the Court representative. Ms. George explained me what had to do: to come to the District Court and fill in the Notice of Appeal; the District Court had to send them my case; then they started the work. I came to the District Court, took Notice of Appeal forms, filled in the forms, and prepare this Appendix. It took almost a month to obtain right direction and act conformably.

6. This is my personal brief. Since 1994, I have had disability and Medicaid. In 2005, I retired. Since then, my income has had included Social Security and a pension. In 2006, Delaware Department of Medical and Social Security stopped my Medicaid to reduce medical benefits.

7. Let us consider that for some days I cannot to prepare the courts documents because of my health state.



## FEDERAL OFFICES - MISCELLANEOUS

| OFFICE | TELEPHONE |
|---|---|
| Supreme Court of the United States | (202) 479-3000 |
| U.S. Court of Appeals for the 3rd Circuit | (267) 299-4909 — 04 → my marks, M.M. |
| U.S. Court of Appeals for the Federal Circuit | (202) 633-6550 |
| U.S. Court of Claims | (202) 633-7257 |
| U.S. Court of Customs/Patent Appeal | (202) 347-1552 |
| Commissioner of Patents & Trademarks | (703) 557-3158 |
| Office of Foreign Litigation | (202) 514-7455 |
| Immigration & Naturalization (Phila. Office) | (215) 656-7178 |
| Immigration & Naturalization (Dover Office) | (302) 730-9311 |
| Immigration & Naturalization (Directors Office) | (215) 656-7150 |
| Office of the U.S. Trustee (Phila. Office) | (215) 597-4411 |
| OPM - Federal Job Information | (215) 597-7440 |
| Federal Records Center N.E. Philadelphia | (215) 305-2000 |
| Federal Archive Center | (215) 606-0100 |
| Reference Desk for Federal Archive Center | (215) 606-0112 |
| Archivest at Federal Center | (215) 606-0100 then 5 then 1 |
| Federal Information Center | // (800) 688-9889 |
| Equal Employment Opportunity Commission | (215) 451-5800 |
| Mailing Address: EEOC 21 S. 5th Street Suite 400 Philadelphia, PA 19106 | |

Sup. Court
1 First Ave. N.E.
Washington D.C. 20543



Wednesday, Jan 10, 2007 04:29 PM

i

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

July 17, 2007

Mikhail Mazin
8314 Society Drive
Claymont, DE 19703

RE: M. Mazin v. M. Steinberg

Dear Mr. Mazin:

The above-entitled petition for writ of certiorari was sent by commercial carrier July 16, 2007 and received July 17, 2007. The papers are returned for the following reason(s):

The appendix to the petition does not contain the following documents required by Rule 14.1(i):

The lower court opinion(s) must be appended.

The opinion of the United States district court must be appended.

It is impossible to determine the timeliness of the petition without the lower court opinions.

Please correct and resubmit as soon as possible. Unless the petition is received by this Office in corrected form within 60 days of the date of this letter, the petition will not be filed. Rule 14.5.

No affidavit or declaration of service, specifying the names and addresses of those served, was received. Rule 29.5.

When making the required corrections to a petition, no change to the substance of the petition may be made.

Sincerely,
William K. Suter, Clerk
By:

Gail Johnson
(202) 479-3038

Enclosures

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

October 10, 2007

Mikhail Mazin
8314 Society Drive
Claymont, DE 19703

RE: M. Mazin v. M. Steinberg

Dear Mr. Mazin:

The above-entitled petition for a writ of certiorari was originally postmarked July 16, 2007 and received again on October 10, 2007. The papers are returned for the following reason(s):

Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.

Sincerely,
William K. Suter, Clerk
By:
Gail Johnson
(202) 479-3038

Enclosures